IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**SAMMIE HENRY PETTIS**                                                                 **PETITIONER**

**v.**                                                      **CIVIL ACTION NO. 2:18-cv-218-TBM-JCG**

**PELICIA HALL**                                                                          **RESPONDENT**

## CERTIFICATE OF APPEALABILITY - DENIED

  A final Order [28], adverse to the applicant, has been filed in the captioned habeas corpus case, with the detention complained of arising out of process issued by a state court. This Court, having considered the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that a Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

  THIS, the 11th day of August, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE